482

BLUMCRAFT OF PITTSBURGH, a Partnership consisting of Hyman Blum, Max Blum, Louis Blum and Harry P. Blum, Plaintiff-Appellant,

v.

ARCHITECTURAL ART MFG., INC. and Wenzel W. Thom, Defendants-Appellees.

No. 72-1211.

United States Court of Appeals.
Tenth Circuit.

May 24, 1972.

Frank J. Benasutti, and James C. McConnon, Philadelphia, Pa., have filed a memorandum in opposition to appellees' motion to affirm on behalf of appellant.

Before LEWIS, Chief Judge, and McWILLIAMS and BARRETT, Circuit Judges.

PER CURIAM.

Pursuant to Rule 8, Revised Rules of the United States Court of Appeals for the Tenth Circuit (1970), the appellees have filed a motion to affirm and a persuasive memorandum in support of the motion. The appellant has responded to the motion in a memorandum addressing the underlying issue, opposing the motion.

We have now carefully and thoroughly reviewed the files and records in this cause, together with the papers filed, and are convinced that the judgment of the district court is correct. Concluding that there is no need for further argument in this matter, the motion to affirm is granted and the judgment is affirmed for the reasons stated by the district court, reported at 337 F.Supp. 853 (D.C.Kan., 1972).

Affirmed.

Joseph LERMAN and Rose Lerman, as Joint Tenants, Plaintiffs-Appellants,

v.

Jerry M. TENNEY et al., Defendants-Appellees.

Docket No. 72-1330.

United States Court of Appeals,
Second Circuit.

Argued May 9, 1972.

Decided May 18, 1972.

Demov, Morris, Levin & Shein, New York City, for plaintiffs-appellants.

Elson & Halperin, New York City, for defendants-appellees Philip Levine, Richard Witrofsky, Alexander M. Feld and 40 Exchange Realty Co.

Tenzer, Greenblatt, Fallon & Kaplan, New York City, for defendants-appellees Jerry M. Tenney, Tenney Corp., Tenney Realty Corp. of New York, and Tenney Securities Corp.

Before FRIENDLY, Chief Judge, and MOORE and ANDERSON, Circuit Judges.

PER CURIAM:

The motions to dismiss the appeals from the United States District Court for the Southern District of New York for lack of jurisdiction are denied. The cross-motion to allow the plaintiffs an additional thirty days in which to file their briefs is granted.

FRIENDLY, Chief Judge (concurring):

The decision of the Third Circuit in Hackett v. General Host Corporation, 455 F.2d 618 (3 Cir. 1972), refusing to follow our death knell doctrine, enhances the doubts which I expressed in Korn v. Franchard Corp., 443 F.2d 1301, 1307 (2 Cir. 1971). However, since a petition for certiorari has been filed with respect to Hackett, there is hope that this issue will be settled by the highest authority. I therefore concur.